UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>v.<br><br>ESTATE OF TOM L. MEYER, et al.,<br><br>                                    Defendants. | Case No.:  22-CV-727-RSH-AGS<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE FOR DEFENDANTS DEUTSCHE BANK NATIONAL TRUST COMPANY, PHH MORTGAGE CORPORATION, AND WESTERN PROGRESSIVE, LLC TO RESPOND TO COMPLAINT** |

On July 8, 2022, Plaintiff and Defendants Deutsche Bank National Trust Company, PHH Mortgage Corporation, and Western Progressive, LLC filed a Joint Motion And Stipulation Extending Time To Respond To Plaintiff's Complaint ("Motion"). ECF No. 7. Finding good cause, the Court **GRANTS** the Motion. Defendants Deutsche Bank National Trust Company, PHH Mortgage Corporation, and Western Progressive, LLC shall have until August 11, 2022 to respond to the Amended Complaint.

**IT IS SO ORDERED**.

Dated:  July 11, 2022

*Robert S. Huie*
_____
Hon. Robert S. Huie
United States District Judge