UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>ESTATE OF TOM L. MEYER, aka "Tommy Meyer," by and through his personal representative and/or successors-in-interest; et al.,<br><br>        Defendants. | Case No.: 3:22-cv-00727-RSH-AGS<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT AND EFFECTUATE SERVICE**<br><br>[ECF No. 14] |

  Plaintiff United States of America and Defendants Cynthia L. Meyer, Bradley A. Meyer, and Chad H. Meyer jointly move for an extension of time to respond to the First Amended Complaint and serve process on the yet-to-be appointed personal representative of the Estate of Tom L. Meyer. ECF No. 14.

  Federal Rule of Civil Procedure 4(m) requires a plaintiff to serve a defendant "within 90 days after the complaint is filed." Courts use a two-step analysis to decide whether to extend the prescribed time for service of a complaint. *In re Sheehan*, 253 F.3d at 512 (citing Fed. R. Civ. P. 4(m); *Petrucelli v. Bohringer & Ratzinger, GMBH*, 46 F.3d 1298, 1305 (3d Cir. 1995)). First, if the plaintiff shows good cause, a court must extend the time for service. *In re Sheehan*, 253 F.3d at 512-13; *see Boudette v. Barnette*, 923 F.2d 754, 756 (9th Cir.

1

1991) ("At a minimum, 'good cause' means excusable neglect."). Second, if there is no good cause, a court has broad discretion to extend the time for service or dismiss the case without prejudice. *In re Sheehan*, 253 F.3d at 512-13.

Because the Parties demonstrate good cause, the Court **GRANTS** the Parties' Joint Motion to Extend Time, ECF No. 14. Accordingly, the Court **ORDERS**:

1. The deadline for Plaintiff to serve the First Amended Complaint on the yet-to-be appointed personal representative of the Estate of Tom L. Meyer is extended until **December 1, 2022**;

2. The deadline for Defendants Cynthia L. Meyer, Bradley A. Meyer, and Chad H. Meyer to respond to the First Amended Complaint is extended until **December 1, 2022**; and

3. If Plaintiff has not served the yet-to-be appointed personal representative of the Estate of Tom L. Meyer by December 1, 2022, the Court will dismiss the First Amended Complaint without prejudice, absent further order from the Court.

**SO ORDERED**.

Dated:  August 26, 2022

*Robert S. Huie*
_____
Hon. Robert S. Huie
United States District Judge